UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | JUDGE CARTER |
| | ) | |
| KENNETH J. CAMPBELL | ) | Mag. No. 1:10-MJ-175 |
| GLENNA R. CAMPBELL | ) | |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing and detention hearing were held in this action on May 10, 2010. Those present included:

(1) AUSA Gary Humble for the United States of America.
(2) The defendant, KENNETH J. CAMPBELL.
(3) Attorney Peter Striance for defendant Kenneth J. Campbell.
(4) The defendant, GLENNA R. CAMPBELL.
(5) Attorney Jack Lowery for defendant Glenna R. Campbell.
(6) Deputy Clerk Kelli Jones.

Upon being sworn, the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution.

The defendants acknowledged they had received a copy of the Criminal Complaint. It was determined they were all capable of being able to read and understand the proceedings. Each defendant waived his/her right to a preliminary hearing.

AUSA Humble did not oppose release on conditions set out in the pretrial services report.

Based on the affidavit attached to the complaint,

(1) There is probable cause to believe that there have been violations of 18 U.S.C. § 1341, mail fraud, and 18 U.S.C. § 1957, money laundering, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendants committed the aforesaid violations as set forth in Finding No. 1.

(3) There are conditions which will reasonably assure the safety of the community as to both defendants. Both defendants shall be released on a $20,000 OR Bond.

1

Conclusions

It is ORDERED:

(1)  The defendants be released on bond under conditions set out in the ORDERS SETTING CONDITIONS OF RELEASE filed with this order.

(4) The defendants' next appearance shall be before the undersigned in Courtroom 1-B of the Joel Solomon Federal Building and United States Courthouse at 900 Georgia Avenue in Chattanooga, Tennessee at **2:00 p.m. on Thursday, June 10, 2010.**

ENTER

Dated:  June 7, 2010 *Nunc Pro Tunc*.	s/William B. Mitchell Carter
	UNITED STATES MAGISTRATE JUDGE